**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 23-CR-20019 |
| ) | |
| **JAXON C. LOVING,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER APPROVING MAGISTRATE JUDGE RECOMMENDATION

On August 29, 2023, a Report and Recommendation (#23) was filed by United States Magistrate Judge Eric I. Long in the above cause. More than fourteen (14) days have elapsed and no objections have been made. This court therefore accepts the recommendation of the Magistrate Judge. Accordingly, Defendant's plea of guilty as to Counts 1, 2, and 3 of the Indictment (#7) is accepted and Defendant is adjudged guilty on those counts. The court orders that a pre-sentence investigation is to be prepared. A sentencing hearing remains set for January 8, 2024, at 1:30 pm before this court.

ENTERED this 20th day of September, 2023.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE